IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>    Plaintiff,<br><br>v.<br><br>BIONTECH SE and BIONTECH RNA PHARMACEUTICALS GMBH,<br><br>    Defendants. | Civil Action No. 2:24-cv-3801 |

## JOINT STIPULATION AND ORDER TO EXTEND ALL DEADLINES

Plaintiff, The Trustees of the University of Pennsylvania ("Penn") and Defendant BioNTech SE ("BioNTech") (collectively, the "Parties"), by and through their respective counsel, hereby jointly and respectfully move the Court for approval of the following stipulation and entry of Order:

### STIPULATION AND ORDER

WHEREAS, the Parties are engaging in negotiations to resolve amicably this lawsuit (the "Settlement");

WHEREAS, the Parties are diligently working to reach agreement on the precise terms of the Settlement;

WHEREAS, the Parties' discussions lead them to believe that that they may, with additional time, be able to resolve this lawsuit without the need for the Court's involvement;

WHEREAS, the Parties further believe that a brief stay of the proceeding until December 30, 2024, will allow them to complete the negotiations of their Settlement and determine whether they are able to resolve amicably this lawsuit;

WHEREAS, it is within the Court's authority and discretion to stay case deadlines for a short period to allow the Parties to focus their resources on settlement as opposed to adversarial litigation.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the undersigned counsel for all the Parties, and SO ORDERED by the Court, as follows:

All deadlines are extended by 14 days, including the deadline for BioNTech to answer, move or otherwise respond to Penn's Complaint (currently due on December 16, 2024), which is extended until December 30, 2024.

Dated: December 16, 2024

STIPULATED TO BY:

| | |
|---|---|
| /s/ Leslie Miller Greenspan | /s/ John S. Summers |
| Joe H. Tucker, Jr. | Mark A. Aronchick |
| Leslie Miller Greenspan | John S. Summers |
| **TUCKER LAW GROUP** | **HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER** |
| Ten Penn Center | One Logan Square, 27th Floor |
| 1801 Market Street, Suite 2500 | Philadelphia, PA 19103 |
| Philadelphia, PA 19103 | (215) 568-6200 |
| jtucker@tlgattorneys.com | maronchick@hangley.com |
| lgreenspan@tlgattorneys.com | jsummers@hangley.com |
| (215) 875-0609 | |
| | |
| Jake M. Holdreith *(pro hac vice)* | Keith Hummel *(pro hac vice)* |
| Christopher A. Pinahs *(pro hac vice)* | Timothy Cameron *(pro hac vice)* |
| Patrick Griffin *(pro hac vice)* | Sharonmoyee Goswami *(pro hac vice)* |
| **ROBINS KAPLAN LLP** | **CRAVATH, SWAINE & MOORE LLP** |
| 800 LaSalle Avenue, Suite 2800 | Two Manhattan West |
| Minneapolis, MN 55402 | 375 Ninth Avenue |
| JHoldreith@RobinsKaplan.com | New York, NY 10001 |
| CPinahs@RobinsKaplan.com | (212) 474-1000 |
| PGriffin@RobinsKaplan.com | khummel@cravath.com |
| (612) 349-8500 | tcameron@cravath.com |
| | sgoswami@cravath.com |
| | |
| Manleen Singh *(pro hac vice)* | |
| **ROBINS KAPLAN LLP** | |
| 800 Boylston Street, Suite 2500 | *Attorneys for Defendant BioNTech SE* |
| Boston, MA 02199 | |
| MSingh@RobinsKaplan.com | |
| (617) 267-2300 | |

*Attorneys for Plaintiff The Trustees of the University of Pennsylvania*

**IT IS SO ORDERED:**

Dated: December 17, 2024

_____
The Honorable Kai N. Scott