IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>     *Plaintiff,*<br><br> v.<br><br>BIONTECH SE and BIONTECH RNA PHARMACEUTICALS GMBH,<br><br>     *Defendants*. | Civil Action No.: 2:24-cv-3801-KNS |

### STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action, and all claims asserted therein, have been resolved pursuant to a confidential settlement agreement and are now hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).  Each party shall bear its own attorneys' fees and costs.

Date: <u>July 3, 2025</u>

<u>/s/ Joe H. Tucker, Jr.</u>
Joe H. Tucker, Jr.
TUCKER LAW GROUP
Ten Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
jtucker@tlgattorneys.com
(215) 875-0609

<u>/s/ John S. Summers</u>
John S. Summers
Mark A. Aronchick
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103
jsummers@hangley.com
maronchick@hangley.com
(215) 568-6200

| | |
|---|---|
| Jake M. Holdreith (*pro hac vice*)<br>Christopher A. Pinahs (*pro hac vice*)<br>Patrick Griffin (*pro hac vice*)<br>ROBINS KAPLAN LLP<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN 55402<br>jholdreith@RobinsKaplan.com<br>cpinahs@RobinsKaplan.com<br>pgriffin@RobinsKaplan.com<br>(612) 349-8500<br><br>Manleen Singh (*pro hac vice*)<br>ROBINS KAPLAN LLP<br>800 Boylston Street, Suite 2500<br>Boston, MA 02199<br>msingh@RobinsKaplan.com<br>(617) 267-2300<br><br>*Counsel for Plaintiff The Trustees of the University of Pennsylvania* | Keith Hummel (*pro hac vice forthcoming*)<br>Timothy Cameron (*pro hac vice forthcoming*)<br>Sharonmoyee Goswami (*pro hac vice forthcoming*)<br>CRAVATH, SWAINE & MOORE LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>khummel@cravath.com<br>tcameron@cravath.com<br>sgoswami@cravath.com<br>(212) 474-1000<br><br>*Counsel for Defendant BioNTech SE* |